UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOUGLAS TIBBITTS,

    Plaintiff,

v.

PENNSYLVANIA LIFE
INSURANCE COMPANY,

    Defendant.

_____/

Case No. 1:10-cv-1005

HONORABLE PAUL L. MALONEY

## ORDER TO FILE CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, a nongovernmental corporate party must file a disclosure statement that (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation. A review of the docket for this case has revealed that defendant Pennsylvania Life Insurance Company has not filed the requisite disclosure.

IT IS HEREBY ORDERED that defendant Pennsylvania Life Insurance Company shall file a corporate disclosure statement within seven (7) days of the date of this order.

Date: October 26, 2010

/s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge