UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOUGLAS TIBBITTS,

    Plaintiff,

HONORABLE PAUL L. MALONEY

v.

Case No. 1:10-cv-1005

PENNSYLVANIA LIFE INSURANCE COMPANY,

    Defendant.
_____/

## ORDER TO SHOW CAUSE

A review of the court records in this case reflects that the parties participated in Facilitative Mediation on March 7, 2011 and reached an agreement to settle this lawsuit (Dkt. #37, Report of Facilitative Mediation). On that same date, the Court issued an Order requiring dismissal papers to be submitted by April 11, 2011 (Dkt. #38). To date, the Court has yet to receive the dismissal paperwork. Therefore,

**IT IS HEREBY ORDERED** that plaintiff shall either file appropriate dismissal papers regarding this matter by **May 9, 2011**, or show cause in writing why the Court should not dismiss the case against the defendant for plaintiff's failure to submit dismissal documents as previously ordered.

Date: April 25, 2011                                                             /s/ Paul L. Maloney
                                                                                     Paul L. Maloney
                                                                                     Chief United States District Judge